UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRILOGY INTERNATIONAL, INC.,

    Plaintiff,

v.                                           Case No. 13-CV-14639-DT

ERIC H. HOLDER, JR.,

    Defendant.
                                           /

**ORDER OF DISMISSAL**

On April 16, 2014, the court conducted a scheduling conference in the above-captioned matter. During the conference, counsel for all parties agreed that the issues in this case may be mooted in the next couple of months by a separate, ongoing immigration matter. It thus appears that further court involvement is, at this point, unnecessary. Accordingly,

IT IS ORDERED that this matter is DISMISSED WITHOUT PREJUDICE. Nothing in this order shall be deemed to adversely affect or in any way impact the parties' rights. Plaintiff may reopen this case by **July 16, 2014**, by filing a "Notice of Reopening," and the case will immediately be placed back on the court's active docket to proceed as if the case had not been dismissed. If Plaintiff reopens the case, he shall immediately file a motion for judgment. Defendant's combined response and cross-motion for judgment will be due twenty-one days later, and Plaintiff's combined reply and response to Defendant's cross-motion will be due fourteen days thereafter. Defendant may file an optional sur-reply within fourteen days after Plaintiff's last filing.

Alternatively, after **July 16, 2014**, in the absence of any further order of the court or filing by the parties, this dismissal will be with prejudice.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 17, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2014, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\CHD\Orders and Opinions\13-14639..TRILOGY.ConditionalDismissal.wpd